UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

---

| | | |
|---|---|---|
| In re Application of ARCA Fondi SGR S.p.A. for an Order Pursuant to 28 USC § 1782 to Conduct Discovery for Use in a Foreign Proceeding | : : : : : : : | Case No. |

---

## NOTICE OF ARCA FONDI SGR S.P.A.'S
## *EX PARTE* APPLICATION PURSUANT TO 28 U.S.C. § 1782

PLEASE TAKE NOTICE THAT, upon the accompanying Memorandum of Law and supporting exhibits, Arca Fondi SGR S.P.A., pursuant to 28 U.S.C. § 1782, requests that this Court grant judicial assistance in aid of foreign proceedings in the Netherlands.[1]

DATED: November 21, 2025

**Respectfully submitted,**

By: /s/ Caitlin P. Strauss, Esq.
Saul Ewing LLP
PA Bar. No. 202769
1735 Market Street, Suite 3400
Philadelphia, PA 19103
215-972-7153

DIAZ REUS & TARG, LLP
100 Southeast Second Street, Suite 3400
Miami, Florida 33131
Telephone: (305) 365-9220

Michael Diaz, Jr.
FL Bar No. 606774
Email: mdiaz@diazreus.com

---

[1] Because the discovery targets will have the opportunity to challenge Applicant's subpoenas pursuant to Federal Rule of Civil Procedure 45, this application is filed *ex parte*. *See In re Société d'Etude de Réalisation et d'Exploitation Pour le Traitement du Mais*, No. 13-mc-0266, 2013 U.S. Dist. LEXIS 167219, at *5 n.1 (E.D. Pa. Nov. 22, 2013).

56767363.1

*(Motion for Admission Pro Hac Vice Forthcoming)*
Javier Coronado Diaz
NYNew York Bar No. 5584842
Email: jcoronado@diazreus.com
*(Motion for Admission Pro Hac Vice Forthcoming)*
Isabela Hernandez Peredo Martinez
NY Bar No. 6265409
Email: ihernandezperedo@diazreus.com
*(Motion for Admission Pro Hac Vice Forthcoming)*

DRRT
340 W Flagler St., Suite 201
Miami, FL 33130-1580
Telephone: 786-235-5000

Joseph Daniel Gulino Jr.
FL Bar No. 87933
Email: jgulino@drrt.com
*(Motion for Admission Pro Hac Vice Forthcoming)*

*Counsel for Applicant*

2

56767363.1