UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

---

| | | |
|---|---|---|
| In re Application of ARCA Fondi SGR S.p.A. for an Order Pursuant to 28 USC § 1782 to Conduct Discovery for Use in a Foreign Proceeding | : : : : : : : | Case No. |

---

### MOTION TO THE PROPOSED ORDER GRANTING EX PARTE APPLICATION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782

THIS CAUSE came before the Court upon Applicant Arca Fondi SGR S.P.A's Ex Parte Application for Judicial Assistance Pursuant to 28 U.S.C. § 1782. Applicant seeks the issuance of a Subpoena duces tecum for deposition and production of documents directed to Philips RS North America, LLC ("Philips Respironics" or the "Subpoena Respondent"), a corporation headquartered at 6501 Living Place, Pittsburgh, PA 15206. The requested discovery is for use in a pending legal proceeding in the Netherlands initiated against Koninklijke Philips N.V., a publicly traded Dutch company (the "Dutch Proceeding").

The Court, having considered the § 1782 Application and supporting materials, and otherwise being fully advised upon the premises, finds as follows:

A. Applicant has met the mandatory requirements under 28 U.S.C. § 1782 for granting the requested judicial assistance:

1. Philips Respironics can be found within the Western District of Pennsylvania.

56773852.1

2. This Application seeks testimony and production of documents for use in the Dutch Proceeding.

3. As plaintiff in the Dutch Proceeding, Applicant is an interested person.

4. This Application does not seek material protected by any legally applicable privilege.

B. The four discretionary factors set forth in the United States Supreme Court's decision in Intel Corp. v. Advanced Micro Devices, Inc., 542 U.S. 241 (2004) also weigh in favor of granting the requested assistance:

1. The Subpoena Respondent is not a party to the Dutch Proceeding.

2. Dutch Courts will likely be receptive to the evidence and information sought in the Application.

3. The Application is not an attempt to circumvent foreign proof-gathering restrictions or other policies of the Netherlands or the United States; and

4. The Applicant seeks discovery that is not unduly intrusive or burdensome.

Wherefore, the Applicant respectfully requests that the Court grant this Motion and enter the proposed Order attached hereto as Exhibit A.

DATED: November 21, 2025

**Respectfully submitted,**

By: /s/ Caitlin P. Strauss, Esq.
Saul Ewing LLP
PA Bar. No. 202769
1735 Market Street, Suite 3400
Philadelphia, PA 19103
215-972-7153
Email: caitlin.strauss@saul.com


DIAZ REUS & TARG, LLP

56773852.1

100 Southeast Second Street, Suite 3400
Miami, Florida 33131
Telephone: (305) 365-9220

Michael Diaz, Jr.
FL Bar No. 606774
Email: mdiaz@diazreus.com
*(Motion for Admission Pro Hac Vice Forthcoming)*
Javier Coronado Diaz
NY Bar No. 5584842
Email: jcoronado@diazreus.com
*(Motion for Admission Pro Hac Vice Forthcoming)*
Isabela Hernandez Peredo Martinez
NY Bar No. 6265409
Email: ihernandezperedo@diazreus.com
*(Motion for Admission Pro Hac Vice Forthcoming)*

DRRT
340 W Flagler St., Suite 201
Miami, FL 33130-1580
Telephone: 786-235-5000

Joseph Daniel Gulino Jr.
FL Bar No. 87933
Email: jgulino@drrt.com
*(Motion for Admission Pro Hac Vice Forthcoming)*

*Counsel for Applicant*

56773852.1